NO. 28773

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

GUY ST. CLAIR COMBS; MARION WILCOX COMBS; THE SCOTT
MICHAEL ST. CLAIR COMBS IRREVOCABLE TRUST; THE GUY ST. CLAIR
COMBS, III IRREVOCABLE TRUST; THE MARTHA COMBS TRUST;
CATHERINE ANNE MOORE-AIRTH; CHARLES SLOGGETT; CARLA JORDAN;
KRISTEN J. LA DOW; ROBERT B. JORDAN; MICHAEL P. JORDAN;
JONATHAN W. FISHER; ANTHONY H. FISHER; GALEN M. FISHER;
TIMOTHY W. FISHER; RICHARD SLOGGETT, JR.; GERALD W. FISHER;
THE CATHERINE ANNE MOORE-AIRTH REVOCABLE TRUST; THOMAS JOHNSTON;
ANNE SLOGGETT HAMILTON; ARTHUR W. SLOGGETT; SUSAN CHAMBERLAIN;
ERIK PETERSON; PATRICK FISHER; and SHERRI SLOGGETT-SHANKS,
Petitioners/Respondents/Plaintiffs-Appellants/Cross-Appellees;

vs.

CASE BIGELOW & LOMBARDI, a law corporation; DANIEL CASE;
JAMES CRIBLEY; DENNIS LOMBARDI; TOD TANAKA,
Petitioners/Respondents/Defendants-Appellees/Cross-Appellants,

and

STEPHEN M. CASE; ALPS INVESTMENT LLC; ALPS ACQUISITION
SUB, INC.; THE STEPHEN M. CASE REVOCABLE TRUST; KA PO'E
HANA LLC; THE GROVE FARM COMPANY, INC.; HUGH M. KLEBAHN;
DONN A. CARSWELL; PAMELA W. DOHRMAN; ROBERT D. MULLINS;
WILLIAM D. PRATT; and RANDOLPH MOORE,
Respondents/Defendants-Appellees.
(CIV. NO. 05-1-0166)

-----------------------------------------------------------------

MICHAEL FISHER; SCOTT G. FISHER; PATRICK FISHER;
BARBARA PERRY FISHER, individually and as trustee on
behalf of the Charles Fisher Trust, Plaintiffs,

vs.

STEPHEN M. CASE; ALPS INVESTMENT LLC; THE STEPHEN M. CASE
REVOCABLE TRUST; KA PO'E HANA, LLC; THE GROVE FARM COMPANY, INC.;
CASE BIGELOW & LOMBARDI, a law corporation; DANIEL CASE; JAMES
CRIBLEY; DENNIS LOMBARDI; and TOD TANAKA, Defendants.
(CIV. NO. 06-1-0170)

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NOS. 05-1-0166 and 06-1-0170)

-1-

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Moon, C.J., for the court[1])

Petitioners/respondents/defendants-appellees/cross-appellants Case Bigelow & Lombardi, a law corporation, Daniel Case, James Cribley, Dennis Lombardi, and Tod Tanaka's application for writ of certiorari, filed May 6, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, June 10, 2010.

George W. Playdon, Jr., and
R. Aaron Creps (of O'Connor,
Playdon & Guben); Kevin S.
Rosen (of Gibson, Dunn &
Crutcher, Los Angeles, CA),
pro hac vice, for petitioners/
respondents/defendants-
appellees/cross-appellants,
on the application

FOR THE COURT:

Chief Justice

SEAL
APPELLATE COURTS
STATE OF HAWAI'I

---

No. 28773    <u>Combs v. Case Bigelow & Lombardi</u> -- Order Rejecting
             Application for Writ of Certiorari

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, and Recktenwald, JJ.; Circuit Judge Trade, in place of Duffy, J., recused.

-2-